UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAHUL SHAH, MD, ON ASSIGNMENT OF SHEILA H., <br><br> Plaintiff, <br><br> v. <br><br> BLUE CROSS BLUE SHIELD OF MICHIGAN, <br><br> Defendant. | 1:17-cv-00711-NLH-AMD <br><br> **ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this ___10th___ day of __May__, 2018

ORDERED that the MOTION for Summary Judgment by BLUE CROSS BLUE SHIELD OF MICHIGAN [15] be, and the same hereby is, GRANTED.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.